UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOE HENRY BANDY, III,

    Plaintiff,

v.

ROBERT FENEIS, CNP, J.
SOUTHWICK, DENISE BARRGER,
RALPH FLESHER,
DOUGLAS OLSON, and
CALVIN STENLUND,

    Defendants.

Civil No. 06-173 (JRT/SRN)

**ORDER**

---

**Joe H Bandy, III**, #125257, MCF, 7525 Fourth Avenue, Lino Lakes, MN 55014, plaintiff *pro-se*.

No appearance having been made on behalf of defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 25, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's "motion for injunctive relief," (Docket No. 6), is **DISMISSED WITHOUT PREJUDICE.**

DATED: September 7, 2006
At Minneapolis, Minnesota              _____s/John R. Tunheim_____
                                            JOHN R. TUNHEIM
                                         United States District Judge